UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| ERIKA YATES, *et al*, § | |
| § | |
| Plaintiffs, § | |
| VS. § | CIVIL ACTION NO. 3:11-CV-123 |
| § | |
| CITY OF KEMAH, TEXAS, *et al*, § | |
| § | |
| Defendants. § | |

# **FINAL JUDGMENT**

Pursuant to the Memorandum and Order entered in this case, the plaintiffs shall take nothing by their suit.

This is a Final Judgment

SIGNED at Houston, Texas this 3rd day of August, 2012.

_____
Kenneth M. Hoyt
United States District Judge